BOON BROTHERS, INCORPORATED, A CORPORATION OF NEW JERSEY, RELATOR, v. JACOB NOONBURG. COLLECTOR OF TAXES OF THE CITY OF GARFIELD, DEFENDANT.

Decided January 21, 1931.

Before Justices PARKER, CAMPBELL and BODINE.

For the petitioner, *Edward F. Merrey.*

PER CURIAM.

An application was made by petition to compel obedience to a peremptory writ of *mandamus* issued out of and under the seal of the court on October 20th, 1930. Proceedings to punish for contempt for disobedience of a writ of *mandamus* are by attachment, rule to show cause, or other process, and the proceedings are governed by the rules applicable in contempt proceedings generally. 38 *C. J.* 939. The practice in this state is to issue and serve personally a rule to show cause why the respondent should not be attached for contempt. *Brown* v. *Rahway,* 53 *N. J. L.* 156, 161. See, also, *Butler Co.* v. *Pittsburg, &c.,* 298 *Pa.* 347; 148 *Atl. Rep.* 504.

A rule to show cause will issue on petition filed.